No. 09–11475.  PRICE *v.* HICKEY, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 09–11476.  CROCKETT *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 09–11477.  CASTOR *v.* KNIGHT, SUPERINTENDENT, PLAINFIELD CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 09–11478.  BROADNAX *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 09–11479.  PARKER, AKA PARKER-BEY *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 09–11481.  CRAIN *v.* HEIFNER.  Sup. Ct. Nev.  Certiorari denied.

No. 09–11482.  DIAZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 09–11483.  MORALES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 09–11484.  OGLESBY *v.* BOWERSOX, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 09–11486.  DAVIS *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–11487.  CUEVAS LUGO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 09–11488.  MATHEWS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 09–11490.  VAN BRANCH *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 09–11491.  BRYANT *v.* AVERITT EXPRESS, INC.  C. A. 11th Cir.  Certiorari denied.

No. 09–11492.  SMITH *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.